

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00018-CV

_____


TEXARKANA CONSTRUCTION COMPANY, INC., Appellant

V.

H&R HOLDINGS, INC., Appellee


On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 07C0093-202


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Texarkana Construction Company, Inc., the sole appellant in this case, has filed a motion seeking to dismiss its appeal. Pursuant to TEX. R. APP. P. 42.1, the motion is granted.

We dismiss the appeal.

Jack Carter
Justice

Date Submitted:     April 14, 2009
Date Decided:       April 15, 2009